**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**DAVID MADISON**
**REG. #23348-034**                                                                                          **PLAINTIFF**

2:08CV00160-WRW

**T.C. OUTLAW, Warden,**
**FCI - Forrest City**                                                                                          **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition are approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, Plaintiff's complaint is DISMISSED, without prejudice, for failure to comply with Local Rule 5.5(c)(2). The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 23rd day of December, 2008.


                                                                        /s/Wm. R. Wilson, Jr.
                                                                 UNITED STATES DISTRICT JUDGE