IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**DAVID MADISON**
**REG. #23348-034**                                                                                              **PLAINTIFF**

2:08CV00160-WRW

**T.C. OUTLAW, Warden,**
**FCI - Forrest City**                                                                                              **DEFENDANT**

## JUDGMENT

Based on the Order filed this date, Judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 23rd day of December, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE