## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**DAVID MADISON**
**REG. #23348-034**                                                                 **PLAINTIFF**

**vs.**                                    **2:08CV00160-WRW**

**T.C. OUTLAW, Warden,**
**FCI - Forrest City**                                                            **DEFENDANT**

### ORDER

Plaintiff's Motion to Clarify (Doc. No. 20) is without merit, and, therefore, DENIED.

IT IS SO ORDERED this 16th day of December, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE